UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Mr. G. and Ms. K.

  v.               Civil No. 04-cv-188-PB

Timberlane Regional School District


**O R D E R**

  Plaintiffs were ordered to show cause why they should not be sanctioned for their baseless motion to disqualify Ms. McCormack. The effort (document no. 60) is another baseless vilification of her by plaintiffs. Plaintiffs, pro se, simply do not get it. Ms. McCormack is not only entitled but ethically required from time to time to object to plaintiffs' requests. The evidence does not support their allegations of misconduct before either the state hearing officer nor this court. Plaintiffs have failed to demonstrate good cause and apparently totally fail to understand. Ms. Katz in particular has filed six prior suits in this court and should, by now, know how to conduct herself.

  It is clear that at least $1,000.00 of the $22,425.00 of fees paid by defendant is due to the irresponsible pleadings

seeking to remove defense counsel.  Ms. Katz and Mr. Grodman are ordered to pay $1,000.00 to defendant to reimburse those fees.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: October 11, 2005

cc: Diane M. McCormack, Esq.
    Mr. G.
    Ms. K.