```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**G., et al.**

    v.                              Case No. 04-cv-188-PB

**Timberlane Regional
School District**


**O R D E R**

    The Motion to Appoint Guardian/Attorney Ad Litem (doc. no. 74) is denied.  The matter shall be referred to the Magistrate Judge for a status conference.  The Magistrate Judge shall confer with the parties, resolve any outstanding prehearing issues and establish firm deadlines for the filing of materials contemplated by the LR 9.3.  The Magistrate Judge shall continue to monitor the case and take necessary steps to ensure that the case is ready for decision in accordance with the schedule he sets.

    SO ORDERED.

                                      /s/Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge

December 5, 2005

cc:  Mr. G.
     Mrs. K.
     Diane McCormack, Esq.