**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW HAMPSHIRE**

Mr. G. and Ms. K.

     v.                           Civil No. 04-cv-188-PB

Timberlane Regional School District

**O R D E R**

Plaintiffs move under Local Rule 45.2 for the issuance of subpoenas addressed to Nurse Candace M. Lee, Hampstead Hospital Medical Records Supervisor; Sandra Lacier, Kenneth Brown, M.D. of Hampstead Hospital and Rachel Hill of the Salem Boys and Girls Club.  Local Rule 45.2(a) requires in forma pauperis plaintiffs to apply to the court for subpoenas and provide:

> . . . the name, address . . . and a brief statement of the expected testimony of each witness not later than twenty (20) days before the . . . hearing . . .

LR 45.2.

Plaintiffs' motion contains no addresses and it was filed one day before the scheduled hearing.  More importantly plaintiffs have not shown that any of the witnesses have any testimony relevant or material to the issues in the injunction hearing.  In fact, it is clear that their proffered testimony is

not material.[1]

The motion (document  no. 98) is denied.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: December 20, 2005

cc:  Mr. G.
     Ms. K.
     Diane M. McCormack, Esq.
     Jeanne M. Kincaid, Esq.

---

[1]Plaintiffs would, in any case, have to serve subpoenas and tender witness fees at the expense.