UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>G., et al</u>

            v.                    Civil No. 04-cv-188-PB

<u>Timberland School District</u>

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 22, 2005, no objection having been filed.

SO ORDERED.


January 30, 2006                      /s/ Paul Barbadoro
                                               Paul Barbadoro
                                               United States District Judge


cc:    Mr. G., pro se
       Ms K., pro se
       Jeanne M. Kincaid, Esq.