**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Mr. G. and Ms. K.</u>

   v.                                             Civil No. 04-cv-188-PB

<u>Timberlane Regional School District</u>

### <u>O R D E R</u>

Plaintiffs move for leave to file a "Motion for injunctive relief for implementation of last agreed IEP with Plaintiffs supporting affidavit and attachments and request foe (sic) emergency court orders to ceize (sic) and desist Eleonora G. illegal suspension (sic)." Plaintiffs are granted leave to file it but not <u>ex</u> <u>parte</u>. The motion may be docketed. The court will strike the motion if plaintiffs do not serve a copy on defense counsel as required by Fed. R. Civ. P. 5, service to be within seven (7) calendar days. Any objections to the motion will be due within ten business days of March 24th. After the response is filed the clerk will promptly schedule an evidentiary

hearing on the motion.

**SO ORDERED.**

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date: March 17, 2006

cc:    Mr. G.
       Ms. K.
       Jeanne M. Kincaid, Esq.