UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Mr. G. and Ms. K.</u>

    v.                    Civil No. 04-cv-188-PB

<u>Timberlane Regional School District</u>

**O R D E R**

Plaintiff has failed to include a certificate of service as required by Fed. R. Civ. P. 5(d) and does not appear to have served defense counsel with document nos. 136, 139 or 140.  If service is not made and a certificate of service filed within ten (10) days the documents will be struck.

**SO ORDERED.**

                                            /s/ James R. Muirhead
                                            James R. Muirhead
                                            United States Magistrate Judge

Date:  April 13, 2006

cc:   Mr. G., pro se
       Ms. K., pro se
       Jeanne M. Kincaid, Esq.