UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Mr. G. and Ms. K.</u>

    v.                                     Civil No. 04-cv-188-PB

<u>Timberlane Regional School District</u>

**O R D E R**

Plaintiffs seek leave to file a statement of disputed facts. There is no certificate of service as required by Fed. R. Civ. P. 5(d) and no evidence of service as required by Fed. R. Civ. P. 5(e). The defendant has moved to deny plaintiffs the opportunity to file a statement of disputed facts since she filed no proposed additions or deletions to the Proposed Joint Statement as required by local rule and by my order (document no. 101) of December 21, 2005.

Plaintiffs having filed dozens of motions are well aware of their obligations under Rule 5. They also were well aware of the order. The Joint Statement is a balanced, non-adversarial, statement of material facts. For the reasons stated plaintiffs' motion for leave to file plaintiffs' statement of disputed facts (document no. 137) is denied; defendant's motion to deny plaintiffs the opportunity to file a list of disputed facts

(document no. 134) is granted; and the Joint Statement of Material Facts (document no. 127) is accepted.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:  April 13, 2006

cc:    Mr. G., pro se
       Ms. K., pro se
       Jeanne M. Kincaid, Esq.