UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Mr. G. and Ms. K.</u>

    v.                                              Civil No. 04-cv-188-PB

<u>Timberlane Regional School District</u>

**<u>O R D E R</u>**

For purposes of clarification, the parties are hereby notified that the Report and Recommendation issued on May 3, 2006 in the above-captioned case addresses the Plaintiffs' motions for injunctive relief that have been entered on the docket as Document Number 133 and 157.

**SO ORDERED.**

_/s/ James R. Muirhead_
James R. Muirhead
United States Magistrate Judge

Date: May 3, 2006

cc:  Mr. G., <u>pro se</u>
     Ms. K., <u>pro se</u>
     Jeanne M. Kincaid, Esq.