# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>Mr. G. and Ms. K.</u>

    v.                                          Civil No. 04-cv-188-PB

<u>Timberlane Regional School District</u>

### **O R D E R**

In accordance with my order of April 13, 2006 (document no. 152) plaintiffs' motions – document nos. 136, 139 and 140 – are denied and struck for failure to comply with Fed. R. Civ. P. 5(d).

**SO ORDERED.**

                                              /s/ James R. Muirhead
                                              James R. Muirhead
                                              United States Magistrate Judge

Date: May 11, 2006

cc:    Mr. G., *pro se*
       Ms. K., *pro se*
       Jeanne M. Kincaid, Esq.