# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>Mr. G. and Ms. K.</u>

        v.                        Civil No. 04-cv-188-PB

<u>Timberlane Regional School District</u>

## O R D E R

After due consideration of the appeal/objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 3, 2006.

SO ORDERED.

June 18, 2006                                 /s/ Paul Barbadoro
                                                    Paul Barbadoro
                                                    United States District Judge

cc:    Mr. G., pro se
        Ms. K. pro se
        Jeanne M. Kincaid, Esq.