UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Mr. G., et al

        v.                      04-cv-188-01-PB

Timberlane Regional School District

O R D E R

     Pursuant to Local Rule 9.3, the plaintiffs submitted an extensive Administrative Record for the court's review in the above-captioned matter.  This Administrative Record is extensive and is presently being stored in 2 large storage bins and 3 separate boxes.  The plaintiffs are ordered to make arrangements to retrieve the Administrative Record submitted in this case within thirty (30) days of service of this order.  The Clerk of Court is directed to serve this order by restricted delivery at the plaintiffs last known address, 37 Beatrice Street, Danville, NH.  Should the plaintiffs fail to retrieve the Administrative Record as provided in this order after service, the Administrative Record will be destroyed pursuant to Local Rule 83.13 (c).

     SO ORDERED.


December 18, 2008                        */s/ Paul Barbadoro*
                                          Paul Barbadoro
                                          United States District Judge


cc:  Elena Katz
     Arnold Grodman
     Jeanne M. Kincaid, Esq.